**FILED**
July 31, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CV_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) LEONEL FUENTES-BAUTISTA<br><br>Defendant | I N F O R M A T I O N   **6:23-cr-00146**<br><br>[COUNT ONE: 8 U.S.C. 1326(a) -- Illegal Re-Entry Into the United States] |

THE UNITED STATES ATTORNEY CHARGES:

On or about April 9, 2023, in the Western District of Texas, Defendant,

**LEONEL FUENTES-BAUTISTA**,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed from the United States on or about November 21, 2017, and that the Defendant had not received the consent of the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a), and Title 6, United States Code, Sections 202(3), 202(4) and 557.

JAIME ESPARZA
United States Attorney

By:   CHRISTOPHER M. BLANTON
Assistant United States Attorney